UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| JOHN PANARESE and ROY RIOS, | |
| Plaintiffs | |
| v. | Civil Action No. 2:19-cv-03165-MKB-SMG |
| BRILLIANCE, LLC, | NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE |
| Defendants. | |

NOTICE IS HEREBY GIVEN that pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, Plaintiffs John Panarese and Roy Rios voluntarily dismisses the above-captioned action with prejudice. Each party shall bear its own fees and costs.

Respectfully submitted,

By: /s/ *Jacqueline E. Browder*
Jacqueline E. Browder, Esq. (NY 4585584)
STRELKA LAW OFFICE, P.C.
Warehouse Row
119 Norfolk Avenue, S.W., Suite 330
Roanoke, VA 24011
Tel: 540-283-0802
jacqueline@strelkalaw.com

Scott J. Ferrell, Esq.
Victoria Knowles, Esq.
Pacific Trial Attorneys
4100 Newport Place, Suite 800
Newport Beach, CA 92660
Tel: 949-706-6464
sferrell@pacifictrialattorneys.com
vknowles@pacifictrialattorneys.com

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on this date, I electronically filed the foregoing pleading with the Clerk of the Court using the CM/ECF systems, which will provide notification of such filing to all counsel of record.

By: /s/ *Jacqueline E. Browder*
Jacqueline E. Browder, Esq.